# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>RADER, Randall R. | 2. Court or Organization<br><br>Ct. of Appeals Fed. Circuit | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Active Cir. Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 901
Washington, D.C. 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Bd. Of Advisors, George Washington University |
| 2. | Adjunct Professor | The George Washington University Law School |
| 3. | Board Member | Tonji Intellectual Property Law Institute |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Spring S | Lecturer, The George Washington University Law School | $12,157 |
| 2. | Fall S | Lecturer, The George Washington University Law School | $12,157 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washington University School of Law | January 18-19, 2013 | St. Louis, MO | Educational seminar | travel and lodging |
| 2. | New York State Bar Association | January 22-23, 2013 | New York City | Educational seminar | travel and lodging |
| 3. | Association of Corporate Patent Counsel (ACPC) | January 27-29, 2013 | Orlando, FL | Educational seminar | travel and lodging |
| 4. | University of Nebraska College of Law | February 13-16, 2013 | Lincoln, NE | Educational seminar | travel and lodging |
| 5. | LA Intellectual Property Law Association | February 20-21, 2013 | Los Angles, CA | Education seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/15/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Fox Intellectual Property Moot Lecture | February 22-24, 2013 | Toronto, Canada | Educational seminar | travel and lodging |
| 7. | Association of University of Technology Managers | February 27-28, 2013 | San Antonia, TX | Educational seminar | travel and lodging |
| 8. | George Washington Law School | March 1-3, 2013 | San Francisco, CA | Educational seminar | travel and lodging |
| 9. | USC Gould School of Law | March 13-15, 2013 | Los Angles, CA | Educational seminar | travel and lodging |
| 10. | Federal Circuit Bar Association | March 21, 2013 | New York City, NY | Educational seminar | travel and lodging |
| 11. | New York Intellectual Property Law Association | March 22-23, 2013 | New York City, NY | Education seminar | travel and lodging |
| 12. | University of Washington Law School | March 27-30, 2013 | London, UK | Education seminar | travel and lodging |
| 13. | Tokyo Intellectual Property Inn of Court | April 14-17, 2013 | Tokyo, Japan | Education seminar | travel and lodging |
| 14. | Federal Circuit Bar Association | April 18-20, 2013 | Chicago, IL | Educational seminar | travel and lodging |
| 15. | Hanken School of Economics | April 22-26, 2013 | Helsinki, Finland | Education seminar | travel and lodging |
| 16. | KU Leuven, Center for Intellectual Property Rights | April 27-29, 2013 | Leuven, Belgium | Educational seminar | travel and lodging |
| 17. | American Intellectual Property Law Association | May 1, 2013 | Seattle, WA | Educational seminar | travel |
| 18. | UC Berkeley Center for Law and Technology | May 2, 2013 | Berkeley, CA | Educational seminar | travel and lodging |
| 19. | Santa Clara University School of Law | May 3, 2013 | Santa Clara, CA | Educational seminar | travel and lodging |
| 20. | Stanford Law School | May 4-5, 2013 | Stanford, CA | Educational seminar | travel and lodging |
| 21. | Munich Intellectual Property Law Center | May 20-23, 2013 | Munich, Germany | Educational seminar | travel and lodging |
| 22. | University of New Hampshire School of Law | May 27-29, 2013 | Concord, NH | Educational seminar | travel and lodging |
| 23. | Federal Circuit Bar Association | May 30, 2013 | Newark, NJ | Educational seminar | travel |
| 24. | Tsinghua Law School | June 10-16, 2013 | Beijing, China | Educational seminar | travel and lodging |
| 25. | Federal Circuit Bar Association | June 19-22, 2013 | Colorado Springs, CO | Educational seminar | travel and lodging |
| 26. | IP Section of State Bar of Winsconsin | July 18-19, 2013 | Green Bay, WI | Educational seminar | travel and lodging |
| 27. | IP Section of ABA | August 10-11, 2013 | San Francisco, CA | Educational seminar | travel and lodging |
| 28. | UC Davis School of Law | September 26-28, 2013 | Davis, CA | Educational seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **RADER, Randall R.** | 05/15/2014 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 29. | International Federation of Intellectual Property Attorneys | October 2-5, 2013 | Sorrento, Italy | Educational seminar | travel and lodging |
| 30. | Federal Circuit Bar Association | October 15-16, 2013 | Seoul, Korea | Educational seminar | travel and lodging |
| 31. | Eastern District Texas Bar Association | October 30-November 1, 2013 | Plano, TX | Educational seminar | travel and lodging |
| 32. | International Assocation for the Protection of Intellectual Property | November 9-12, 2013 | Tel Aviv, Israel | Educational seminar | travel and lodging |
| 33. | PRIP Tokyo | November 23-28, 2013 | Tokyo, Japan | Educational seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Treasury Department Federal Credit Union | D | Int./Div. | J | T | | | | | |
| 2. Rental Property, Portland, Oregon (2006-$170,000) | D | Rent | M | R | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randall R. RADER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544